CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
Plaintiff )
vs )   Civil Action No._____
)
)
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Jonathan Turley_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __none_____ which have any outstanding securities in the hands of the public:

There are no companies, subsidiaries, or affiliates with outstanding securities in this case.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

417674
BAR IDENTIFICATION NO.

Jonathan Turley
Print Name

2000 H St., NW
Address

Washington, DC 20052
City        State        Zip Code

(202) 994-7001
Phone Number