IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WEST VIRGINIA HIGHLANDS CONSERVANCY,**
**OHIO VALLEY ENVIRONMENTAL COALITION,**
    **and**
**COAL RIVER MOUNTAIN WATCH,**

        **Plaintiffs,**

    **v.**　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO.**
　　　　　　　　　　　　　　　　　　　　　　　　**1:07-cv-00667   (JDB)**

**STEPHEN L. JOHNSON**
**Administrator**
**U.S. Environmental Protection Agency**

    **and**

**DIRK KEMPTHORNE**
**Secretary, U.S. Department of the Interior,**

        **Defendants.**

# **AFFIDAVIT**

Service of Summons and Complaint were executed on April 17, 2006 by certified mail on the following party:

U.S. Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.


                                      /s/Jonathan Turley_____
                                      Jonathan Turley

**CERTIFICATE OF SERVICE**

   I certify that the foregoing affidavit was served on all parties at the following addresses, by U.S. Mail, on this 8th day of May, 2007.

Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Dirk Kempthorne, Scty.
Dept. of the Interior
1849 C St., NW
Washington, DC 20240

Stephen L. Johnson
Administrator
U.S. E.P.A. Ariel Rios Bldg.
1200 Pennsylvania Ave., NW
Washington, DC 20460

U.S. Atty. Gen. Alberto Gonzales
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

              /s/Jonathan Turley
              Jonathan Turley
              2000 H St., NW
              Washington, DC 20052
              (202) 994-7001
              jturley@law.gwu.edu

