IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WEST VIRGINIA HIGHLANDS CONSERVANCY,**
**OHIO VALLEY ENVIRONMENTAL COALITION,**
    **and**
**COAL RIVER MOUNTAIN WATCH,**

        **Plaintiffs,**

    v.                                                              **CIVIL ACTION NO.**
                                                                  **1:07-cv-00667   (JDB)**

**STEPHEN L. JOHNSON**
**Administrator**
**U.S. Environmental Protection Agency**

    **and**

**DIRK KEMPTHORNE**
**Secretary, U.S. Department of the Interior,**

        **Defendants.**

## **AFFIDAVIT**

Service of Summons and Complaint were executed on April 17, 2006 by certified mail on the following party:

Dirk Kempthorne
Secretary, U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

/s/Jonathan Turley_____
Jonathan Turley

## **CERTIFICATE OF SERVICE**

I certify that the foregoing affidavit was served on all parties at the following addresses, by U.S. Mail, on this 8th day of May, 2007.

Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Dirk Kempthorne, Scty.
Dept. of the Interior
1849 C St., NW
Washington, DC 20240

Stephen L. Johnson
Administrator
U.S. E.P.A. Ariel Rios Bldg.
1200 Pennsylvania Ave., NW
Washington, DC 20460

U.S. Atty. Gen. Alberto Gonzales
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

/s/Jonathan Turley
Jonathan Turley
2000 H St., NW
Washington, DC 20052
(202) 994-7001
jturley@law.gwu.edu

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
[Maureen]   APR 17 2007

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Dirk Kempthorne, Scty.
Dept. of the Interior
1849 C St., NW
Washington, DC 20240

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7000 1670 0000 6745 4869

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Professor Jonathan Turley
George Washington University Law School
2000 H St., NW
Washington, DC 20052