**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**WEST VIRGINIA HIGHLANDS CONSERVANCY,**
**OHIO VALLEY ENVIRONMENTAL COALITION,**
**and**
**COAL RIVER MOUNTAIN WATCH,**

**Plaintiffs,**

**v.**

**CIVIL ACTION NO.**
**1:07-cv-00667 (JDB)**

**STEPHEN L. JOHNSON**
**Administrator**
**U.S. Environmental Protection Agency**

**and**

**DIRK KEMPTHORNE**
**Secretary, U.S. Department of the Interior,**

**Defendants.**

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Service of Summons and Complaint was executed on April 17, 2007 by certified mail on the following parties:

U.S. Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Dirk Kempthorne, Scty.
Dept. of the Interior
1849 C St., NW
Washington, DC 20240

Service of Summons and Complaint was executed on April 16, 2007 by certified mail on the following party:

Stephen L. Johnson
Administrator
U.S. E.P.A. Ariel Rios Bldg.
1200 Pennsylvania Ave., NW
Washington, DC 20460

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

/s/Jonathan Turley______________
Jonathan Turley

**CERTIFICATE OF SERVICE**

I certify that the foregoing affidavit was served on all parties at the following addresses, by U.S. Mail, on this 9th day of May, 2007.

Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Dirk Kempthorne, Scty.
Dept. of the Interior
1849 C St., NW
Washington, DC 20240

Stephen L. Johnson
Administrator
U.S. E.P.A. Ariel Rios Bldg.
1200 Pennsylvania Ave., NW
Washington, DC 20460

U.S. Atty. Gen. Alberto Gonzales
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

/s/Jonathan Turley
Jonathan Turley
2000 H St., NW
Washington, DC 20052
(202) 994-7001
jturley@law.gwu.edu

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne, Scty.
Dept. of the Interior
1849 C St., NW
Washington, DC 20240

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [signature] C. Date of Delivery APR 17 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7000 1670 0000 6745 4869

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Professor Jonathan Turley
George Washington University Law School
2000 H St., NW
Washington, DC 20052

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A.Taylor
United States Attorney's Offic
555 4th Street, NW
Washington, DC 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) APR 17 2007 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7000 1670 0000 6745 4852

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Professor Jonathan Turley
George Washington Univesity Law School
2000 H St., NW
Washington, DC 20052

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen L. Johnson
Administrator
U.S. E.P.A. Ariel Rios Bldg.
1200 Pennsylvania Ave., NW
Washington, DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 4/16/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7000 1670 0000 6745 4876

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Professor Jonathan Turley
George Washington University Law School
2000 H St., NW
Washinton, DC 20052



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Atty. Gen. Alberto Gonzales
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) APR 17 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7000 1670 0000 6745 4845

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

17 APR 2007 PM

• Sender: Please print your name, address, and ZIP+4 in this box •

Professor Jonathan Turley
George Washington University Law School
2000 H St., NW
Washington, DC 20052