IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WEST VIRGINIA HIGHLANDS CONSERVANCY, OHIO VALLEY ENVIRONMENTAL COALITION, and COAL RIVER MOUNTAIN WATCH | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-0667 (JDB) |
| v. | ) ) | |
| STEPHEN L. JOHNSON, Administrator U.S. ENVIRONMENTAL PROTECTION AGENCY, and DIRK KEMPTHORNE, Secretary, U.S. DEPARTMENT OF THE INTERIOR | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER**

Defendants Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency, and Dick Kempthorne, in his official capacity as Secretary of the United States Department of the Interior, hereby move this Court for a short extension of time to respond to Plaintiffs' Complaint. Currently, a response is due on June 18, 2007, and Defendant asks this Court to grant an extension of time until July 18, 2007. In support of this motion, Defendant states as follows:

1. On April 17, 2007, Plaintiff served upon Defendants a Complaint for Declaratory and Injunctive Relief. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to the Complaint is due to be served on June 18, 2007.

2.	The Complaint alleges that Defendant Johnson has failed to perform non discretionary duties allegedly mandated by Sections 3001(f) and 8002(f) and (p) of the Resource Conservation and Recovery Act of 1976, 42 U.S.C. §§ 6921(b)(3)(c) and 6982(f) and (p), to: (1) conduct a study of coal mining wastes, (2) publish the results of that study, (3) report the results of the study to Congress, and (3) make a determination, within 6 months of the report of that study, whether the regulation of coal mining wastes as hazardous is warranted.  Complaint at ¶¶ 1-2.

3.	The Complaint also alleges that Defendant Kempthorne has failed to consult with the EPA Administrator on the study of coal mining wastes, which the Complaint alleges constitutes an agency action unlawfully withheld or unreasonably delayed under the Administrative Procedure Act, 5 U.S.C. § 706(1).  Complaint at ¶ 3.

4.	Good cause exists for granting the short extension of time.  Defendants require additional time to respond to the Complaint due to the complexity of the allegations in the Complaint and the level of government review necessary to respond.

5.	Granting this extension of time will not prejudice any party.  Counsel for Defendants has conferred with counsel for Plaintiffs, who represents that he will not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until July 18, 2007, to respond to the Complaint.


Dated: June 1, 2007                    Respectfully submitted,

                                       RONALD J. TENPAS
                                       Acting Assistant Attorney General

        United States Department of Justice
        LETICIA J. GRISHAW, Chief


          /s/ Mary Whittle
By:_____
MARY WHITTLE
DC Bar #973916, TX Bar #24033336
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-0286
Fax: (202) 514-8865
Email: mary.whittle@usdoj.gov

Attorneys for Defendants

OF COUNSEL:

LAUREL CELESTE
Attorney, Office of General Counsel
U.S. Environmental Protection Agency
(2333A)
1200 Pennsylvania Ave., N.W.
Washington D.C. 20460
Tel: (202) 564-1751
Fax: (202) 564-5644
Email: celeste.laurel@epa.gov

EMILY MORRIS
Department of the Interior
Office of the Solicitor
Tel: (202) 208-5236
Fax: (202) 219-1789

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
WEST VIRGINIA HIGHLANDS            )
CONSERVANCY, OHIO VALLEY           )
ENVIRONMENTAL COALITION,           )
and COAL RIVER MOUNTAIN WATCH      )
                                   )
     Plaintiffs,                 )   Civil Action No. 07-0667 (JDB)
                                   )
   v.                              )
                                   )
STEPHEN L. JOHNSON, Administrator  )
U.S. ENVIRONMENTAL PROTECTION      )
AGENCY, and DIRK KEMPTHORNE,       )
Secretary, U.S. DEPARTMENT         )
OF THE INTERIOR                    )
                                   )
     Defendants.                 )
_____)

### [PROPOSED] ORDER GRANTING DEFENDANTS'
### UNOPPOSED MOTION TO EXTEND TIME TO ANSWER

     Upon consideration of Defendants' Motion to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

     Defendants' Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiff's Complaint must be served on or before July 18, 2007.

     SO ORDERED.

Dated:_____          _____
                                        Hon. John D. Bates
                                        United States District Judge