IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


WEST VIRGINIA HIGHLANDS
CONSERVANCY; OHIO VALLEY
ENVIRONMENTAL COALTION, and
COAL RIVER MOUNTAIN WATCH,

        **Plaintiffs,**

      **v.**                                  **CIVIL ACTION NO. 07-0667(JDB)**

STEPHEN L. JOHNSON, Administrator,
U.S. Environmental Protection Agency; and
DIRK KEMPTHORNE, Secretary, United
States Department of Interior,

        **Defendants.**


## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

        Plaintiffs respectfully request that the Court permit Derek O. Teaney to appear

before the Court pro hac vice on their behalf.  Prior to filing this motion, Plaintiffs' counsel

conferred with Defendants' counsel and Defendants have no opposition to the motion. The

declaration required by Local Civil Rule 83.2(d) is appended to this motion as Exhibit A.


                              Respectfully submitted,

                              s/Jonathan Turley
                              JONATHAN TURLEY (DC Bar #417674)
                              Attorney and Director, Shapiro
                              Environmental Clinic
                              George Washington University Law School
                              2000 H ST., N.W.
                              WASHINGTON, D.C. 20052
                              (o) 202-994-7001
                              (f) 202-994-9811
                              Email: jturley@law.gwu.edu


                              **s/ Derek O. Teaney**

DEREK O. TEANEY (WVSB # 10223)
Attorney for Plaintiffs
Appalachian Center for the Economy and
      the Environment
P.O. Box 507
Lewisburg, WV 24901
Telephone: (304) 793-9007
Fax:  (304) 645-9008
E-mail: dteaney@appalachian-center.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


WEST VIRGINIA HIGHLANDS
CONSERVANCY; OHIO VALLEY
ENVIRONMENTAL COALTION, and
COAL RIVER MOUNTAIN WATCH,

        **Plaintiffs,**

        **v.**                               **CIVIL ACTION NO. 07-0667(JDB)**

STEPHEN L. JOHNSON, Administrator,
U.S. Environmental Protection Agency; and
DIRK KEMPTHORNE, Secretary, United
States Department of Interior,

        **Defendants.**


### DECLARATION OF DEREK O. TEANEY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE


I, Derek O. Teaney, declare the following:

1.      My full name is Derek Owen Teaney.

2.      My office address is:  Appalachian Center for the Economy and the Environment
                                     P.O. Box 507
                                     Lewisburg, WV 24901

My office telephone number is (304) 793-9007.

3.      I have been admitted as a member of the Bar of the Supreme Court of the State of

Oregon, the Bar of the Supreme Court of Appeals of the State of West Virginia, and the Bar of

the United States District Court for the Southern District of West Virginia.  I am an inactive

member of the Oregon State Bar and an active member of the West Virginia State Bar.

4.      I certify that I have never been disciplined by any bar.

5.      I have never been admitted pro hac vice in this Court.

6.    I do not practice law from an office located in the District of Columbia.


                                    Respectfully submitted,

                                    **/s/ Derek O. Teaney**
                                    DEREK O. TEANEY (WVSB # 10223)
                                    Attorney for Plaintiffs
                                    Appalachian Center for the Economy and
                                            the Environment
                                    P.O. Box 507
                                    Lewisburg, WV 24901
                                    Telephone: (304) 793-9007
                                    Fax:  (304) 645-9008
                                    E-mail: dteaney@appalachian-center.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**WEST VIRGINIA HIGHLANDS
CONSERVANCY; OHIO VALLEY
ENVIRONMENTAL COALTION, and
COAL RIVER MOUNTAIN WATCH,**

        **Plaintiffs,**

        **v.**                      **CIVIL ACTION NO. 07-0667(JDB)**

**STEPHEN L. JOHNSON, Administrator,
U.S. Environmental Protection Agency; and
DIRK KEMPTHORNE, Secretary, United
States Department of Interior,**

        **Defendants.**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO APPEAR
PRO HAC VICE**

        Upon consideration of Plaintiffs' Motion for Leave to Appear <u>Pro Hac Vice</u>, and

upon counsel's representation that the Motion is unopposed, and finding that good cause exists

to grant the Motion:

        Plainitffs' Motion for Leave to Appear <u>Pro Hac Vice</u> is hereby GRANTED.

SO ORDERED.



Dated:_____        _____
                                                     Hon. John D. Bates
                                                     United States District Judge