IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WEST VIRGINIA HIGHLANDS
CONSERVANCY; OHIO VALLEY
ENVIRONMENTAL COALTION, and
COAL RIVER MOUNTAIN WATCH,**

              **Plaintiffs,**

    v.                                        CIVIL ACTION NO. 07-0667(JDB)

**STEPHEN L. JOHNSON, Administrator,
U.S. Environmental Protection Agency; and
DIRK KEMPTHORNE, Secretary, United
States Department of Interior,**

              **Defendants.**

## UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Plaintiffs respectfully request that the Court extend the deadline for the filing of their opposition to the *Federal Defendants' Motion to Dismiss Plaintiffs' Complaint* for a period of ten (10) days. Defendants filed that motion on July 18, 2007. Under Local R. Civ. P. 7(b), plaintiffs must file their opposition within 11 days (in this case, by July 29, 2007), or "at such other time as the Court may direct." Plaintiffs request that the Court direct them to file their opposition no later than August 8, 2007. Plaintiffs have conferred with counsel for Defendants, and they do not oppose this motion. Further, granting this motion to extend time will neither unduly delay the proceedings in this Court nor cause prejudice to any party.

                                            Respectfully submitted,

                                            **/s/ Derek O. Teaney**
                                            DEREK O. TEANEY (WVSB # 10223)
                                            Attorney for Plaintiffs
                                            Appalachian Center for the Economy and
                                                the Environment
                                            P.O. Box 507
                                            Lewisburg, WV 24901

Telephone: (304) 793-9007
Fax:  (304) 645-9008
E-mail: dteaney@appalachian-center.org

___/s/ Jonathan Turley_____
JONATHAN TURLEY (DC Bar #417674)
Attorney and Director, Shapiro Environmental Clinic
George Washington University Law School
2000 H ST., N.W.
WASHINGTON, D.C. 20052
(o) 202-994-7001
(f) 202-994-9811
Email: jturley@law.gwu.edu

**CERTIFICATE OF SERVICE**

I certify that on July 26, 2007, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Mary Whittle
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-0286
Fax: (202) 514-8865
Email: mary.whittle@usdoj.gov

    **/s/ Derek O. Teaney**
    *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY; OHIO**
**VALLEY ENVIRONMENTAL**
**COALTION, and COAL RIVER**
**MOUNTAIN WATCH,**

      **Plaintiffs,**

      v.                                           CIVIL ACTION NO. 07-0667(JDB)

**STEPHEN L. JOHNSON,**
**Administrator, U.S. Environmental**
**Protection Agency; and DIRK**
**KEMPTHORNE, Secretary, United**
**States Department of Interior,**

      **Defendants.**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO**
**EXTEND TIME TO FILE RESPONSE TO FEDERAL DEFENDANTS' MOTION**
**TO DISMISS PLAINTIFFS' COMPLAINT**

Upon consideration of Plaintiffs' Unopposed Motion to Extend Time to File Response to Federal Defendants' Motion to Dismiss Plaintiffs' Complaint, upon counsel's representation that the Motion is unopposed, and for reasons apparent to the Court:

Plaintiffs' Unopposed Motion to Extend Time to File Response to Federal Defendants' Motion to Dismiss Plaintiffs' Complaint is hereby **GRANTED**. Plaintiffs

are hereby **ORDERED** to file their response to Defendants' motion no later than August 8, 2007.

**SO ORDERED**.


Dated:_____                    _____
                                                                                    Hon. John D. Bates
                                                                                    United States District Judge