UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WEST VIRGINIA HIGHLANDS CONSERVANCY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHEN L. JOHNSON, Administrator U.S. Environmental Protection Agency, et al.,**<br><br>Defendants. | Civil Action No. 07-0667 (JDB) |

## ORDER

Upon consideration of [9] defendants' motion to dismiss, the opposition and reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motion is **GRANTED**. And it is further **ORDERED** that the complaint is **DISMISSED**.

**SO ORDERED**.

/s/
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: March 21, 2008