IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WEST VIRGINIA HIGHLANDS
CONSERVANCY; OHIO VALLEY
ENVIRONMENTAL COALTION, and
COAL RIVER MOUNTAIN WATCH,

      Plaintiffs,

    v.                                    CIVIL ACTION NO. 07-0667(JDB)

STEPHEN L. JOHNSON, Administrator,
U.S. Environmental Protection Agency; and
DIRK KEMPTHORNE, Secretary, United
States Department of Interior,

      Defendants.

## NOTICE OF APPEAL

Notice is herby given this 16th day of May, 2008, that all Plaintiffs to this action hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 21st day of March, 2008, in favor of Defendants against said Plaintiffs.

                                      /s/ Jonathan Turley
                                      JONATHAN TURLEY (DC Bar #417674)
                                      Attorney and Director, Shapiro
                                      Environmental Clinic
                                      George Washington University Law School
                                      2000 H ST., N.W.
                                      WASHINGTON, D.C. 20052
                                      (o) 202-994-7001
                                      (f) 202-994-9811
                                      Email: jturley@law.gwu.edu

                                      DEREK O. TEANEY (WVSB # 10223)
                                      Appalachian Center for the Economy and
                                          the Environment
                                      P.O. Box 507
                                      Lewisburg, WV 24901
                                      Telephone: (304) 793-9007

        Fax: (304) 645-9008
        E-mail: dteaney@appalachian-center.org

        Counsel for Plaintiffs

**CLERK:**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Mary Whittle
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2008, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Mary Whittle
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-0286
Fax: (202) 514-8865
Email: mary.whittle@usdoj.gov

                                                 **/s/ Jonathan Turley**
                                                 *Counsel for Plaintiffs*