IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WEST VIRGINIA HIGHLANDS CONSERVANCY; OHIO VALLEY ENVIRONMENTAL COALTION, and COAL RIVER MOUNTAIN WATCH,**

      **Plaintiffs,**

      v.                          CIVIL ACTION NO. 07-0667(JDB)

**STEPHEN L. JOHNSON, Administrator, U.S. Environmental Protection Agency; and DIRK KEMPTHORNE, Secretary, United States Department of Interior,**

      **Defendants.**

**NOTICE OF FILING CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED FOR APPELLATE RECORD**

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Plaintiffs hereby certify that no transcript will be ordered for the appellate record in this action.

                                    /s/ Jonathan Turley
                                    JONATHAN TURLEY (DC Bar #417674)
                                    Attorney and Director, Shapiro Environmental Clinic
                                    George Washington University Law School
                                    2000 H ST., N.W.
                                    WASHINGTON, D.C. 20052
                                    (o) 202-994-7001
                                    (f) 202-994-9811
                                    Email: jturley@law.gwu.edu

\

                                    DEREK O. TEANEY (WVSB # 10223)
                                    Appalachian Center for the Economy and
                                        the Environment
                                    P.O. Box 507
                                    Lewisburg, WV 24901
                                    Telephone: (304) 793-9007
                                    Fax: (304) 645-9008
                                    E-mail: dteaney@appalachian-center.org

                                    Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2008, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Mary Whittle
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-0286
Fax: (202) 514-8865
Email: mary.whittle@usdoj.gov

                                                 **/s/ Jonathan Turley**
                                                 *Counsel for Plaintiffs*